IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND DARLENE MILLER REVENUE OFFICER OF THE INTERNAL SERVICE,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY THOMAS,<br><br>Defendant. | NO. 3:08-0750<br>JUDGE HAYNES |

### ORDER

Upon the Plaintiff's notice of dismissal (Docket Entry No. 21) and pursuant to Rule 41(a)(1)(A)(i), this action against the Defendant Timothy Thomas is **DISMISSED without prejudice**.

It is so **ORDERED**.

**ENTERED** this the 22nd day of June, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge